**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Juan QUEEN, Petitioner.**

Supreme Court of Pennsylvania.

March 1, 2000.

***ORDER***

PER CURIAM:

**AND NOW,** this 1st day of March, 2000, the Petition for Allowance of Appeal is granted and the Order of the Superior Court is reversed on the basis of *Common-*

*wealth v. E.M/Hall,* 558 Pa. 16, 735 A.2d 654 (1999).

Justices CASTILLE, SAYLOR and NEWMAN dissent.